■ THE PEOPLE OF THE STATE OF NEW YORK v RICHARD RAMOS. — Motion granted only insofar as to dismiss the appeal, the defendant having absconded. (See *People v Parmaklidis,* 38 NY2d 1005; *People v Casiel,* 33 NY2d 791.) Concur — Ross, J. P., Fein, Lynch, Milonas and Alexander, JJ.

■ In the Matter of EDWARD B. SAFRAN, an Attorney. — Respondent is suspended from practice as an attorney and counselor at law in the State of New York effective as of April 26, 1984, and until the further order of this court, and a reference ordered. Concur — Kupferman, J. P., Ross, Fein, Milonas and Alexander, JJ.